No. 79–234. OLD NATIONAL BANK IN EVANSVILLE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 79–236. PLACID OIL CO. *v.* DEPARTMENT OF ENERGY ET AL. Temp. Emerg. Ct. App. Certiorari denied.

No. 79–240. WALKER *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 79–247. COLPRIT *v.* WESTERLY SCHOOL COMMITTEE. Sup. Ct. R. I. Certiorari denied.

No. 79–249. GENSER ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 79–255. BARR *v.* NICKERSON, U. S. DISTRICT JUDGE (GIACOPELLI ET AL., REAL PARTIES IN INTEREST). C. A. 2d Cir. Certiorari denied.

No. 79–256. HEY, JUDGE *v.* HANLEY, PROSECUTING ATTORNEY OF KANAWHA COUNTY. Sup. Ct. App. W. Va. Certiorari denied.

No. 79–257. RUBATEX CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir. Certiorari denied.

No. 79–262. BARCLAY *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 79–281. ARNHEITER *v.* SHEEHAN ET AL.; ARNHEITER *v.* DELL PUBLISHING CO., INC., ET AL.; and BROWNLOW *v.* RCA CORP. ET AL. C. A. 2d Cir. Certiorari denied. Reported below: 607 F. 2d 994.